IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SANDRENA REBECCA CARTER,<br><br>    Plaintiff,<br><br>  v.<br><br>GEORGE F. CHAPPELLE, JR.,<br><br>    Defendant. | CIVIL ACTION NO.: 4:24-cv-52 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 23, 2024, Report and Recommendation, (doc. 11), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 11.) Plaintiff's Complaint is **DISMISSED**. (Doc. 1.) The Magistrate Judge's prior Report and Recommendation is **DISMISSED** as moot. (Doc. 8.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 13th day of June, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA